WILLIAM H. UNDERWOOD, Respondent, *v.* THE FARMERS' JOINT-STOCK INSURANCE COMPANY, Appellant.

(Argued November 15, 1877; decided November 27, 1877.)

*Wm. H. Warren*, for appellant.

*A. P. Smith*, for respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

JOSEPH KING, Appellant, *v.* EDWARD LIVERMORE et al., Respondents.

(Argued November 15, 1877; decided November 27, 1877.)

REPORTED below, 9 Hun, 298.

*Levi S. Chatfield*, for appellant.

*Louis H. Rowan*, for respondents

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.